**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| XYZ CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:20-CV-05251<br><br>JUDGE THOMAS M. DURKIN<br><br>MAGISTRATE JUDGE SUNIL R. HARJANI |

## <u>NOTICE OF MOTION</u>

    **PLEASE TAKE NOTICE** that Plaintiff, by its counsel, shall appear telephonically before the Honorable Thomas M. Durkin on September 30, 2020, at 9:00 a.m., and present Plaintiff's Ex Parte Motion to Extend the Temporary Restraining Order (the "Motion").

DATED:  September 28, 2020

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail:  ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 28, 2020, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>*/s/ Alison Carter*</u>
Alison Carter